UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. Action No. 23-0182 (ABJ) |
| TIMOTHY MARTIN, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Conspiracy to Injure National Gallery of Art Property, how do you find defendant Timothy Martin?

_____      X _____
Not Guilty                             Guilty

If you find the defendant guilty, you must identify – using the letters in the list of overt acts in the jury instruction for this Count – at least one overt act that you unanimously agree was taken.

a, b, c, d, f

## COUNT TWO

With respect to Count Two, Injury to National Gallery of Art Property, how do you find defendant Timothy Martin?

_____          __X_____
Not Guilty                     Guilty

If you find the defendant guilty of Count Two, do you unanimously agree that the damage exceeded $100?

____X_____          _____
Yes                            No

SO SAY WE ALL, this 7 day of April, 2025.